IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO 15-04991 ESL |
| HERMENEGILDO BOSQUES ROMAN<br>BELEN ORTEGA CORTES | CHAPTER 13 |
| DEBTORS | |

**DEBTORS' MOTION REQUESTING AUTHORITY TO INCUR IN CREDIT**

TO THE HONORABLE COURT:

NOW COME, **HERMENEGILDO BOSQUES ROMAN and BELEN ORTEGA CORTES**, the Debtors in the above captioned case, through the undersigned attorney, and very respectfully state, pray and request as follows:

1. On June 30, 2015, the Debtors filed the above captioned bankruptcy case under Chapter 13, 11 USC §§1301 *et. seq.* An *ORDER* confirming the Debtors' proposed Plan (dated 8/18/2015, Docket No. 17) was entered on September 28, 2015, docket no. 23.

2. The Debtors are making current confirmed Plan payments of $160.00 to the Chapter 13 Trustee.

3. Due to the passage of hurricane Maria through Puerto Rico, the Debtors' residential real property and their personal property suffered severe damages. The Debtors applied for and obtained approval of, a FEMA Puerto Rico (Federal Emergency Management Agency) and Small Business Administration ("SBA"), disaster loan in order to rehabilitate and/or replace the Debtors' property.

4. On August 02, 2018, SBA/FEMA, approved the Debtors' disaster application and requested [SBA/FEMA] the Debtors to obtain written authorization from this Honorable Court to incur the debtor obligation created by the aforestated loan.

Page – 2-
Motion Requesting Authorization to Incur in Credit
Case no. 15-04991 ESL13

5. The Debtors have been approved for a disaster loan for the sum of $9,100.00 for which they will pay monthly installments of $62.00, for one hundred sixty-nine (169) months years, at an interest rate of 1.750% per annum (finance charge for the life of the loan is $1,378.00). A copy of the present motion requesting authorization and a copy of the <u>Loan Authorization and Agreement</u> (SBA Form 1391) is being sent to the Trustee for his review, on this same date, August 13, 2018.

6. The Debtors are current in the confirmed Plan payments to the Trustee and respectfully understand that they have the financial ability to incur in the above described disaster loan with SBA/FEMA, to pay the $62.00 per month, thus, the Debtors respectfully request that the Court grant authorization to incur in the aforestated post-petition credit, allowing the Debtors to continue with the loan closing process.

7. The Debtors hereby respectfully request authorization from the Court to:

a. incur in a post-petition loan in the sum of $9,100.00 solely for the purpose to rehabilitate or replace property lost in the September/2018 hurricane Maria disaster.

8. Based on the aforementioned, the Debtors respectfully request this motion be granted and the Court enter an Order allowing the Debtors to incur in the post-petition loan as herein described. 11 U.S.C. Section 364; Rule 4001 (c) of the Federal Rules of Bankruptcy Procedure.

**WHEREFORE**, the Debtors respectfully request this Honorable Court grant the present motion authorizing the Debtors' request to incur in post-petition credit, as herein submitted.

Page – 3-
Motion Requesting Authorization to Incur in Credit
Case no. 15-04991 ESL13

**NOTICE:** Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which sill send notice of same to the Chapter 13 Trustee and all system participants; I also certify that a copy of this motion was sent via US Mail to the Debtors; and to all creditors and parties in interest (CM/ECF non-participants) appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 13th day of August, 2018.

/s/Roberto Figueroa Carrasquillo
USDC #203624
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTORS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

```
Label Matrix for local noticing        COOP A/C CAGUAS                         Quantum3 Group LLC as agent for
0104-3                                  PO BOX 1252                             Sadino Funding LLC
Case 15-04991-ESL13                     CAGUAS, PR 00726-1252                   PO Box 788
District of Puerto Rico                                                         Kirkland, WA 98083-0788
Old San Juan
Mon Aug 13 11:09:06 AST 2018

US Bankruptcy Court District of P.R.    ANDERSON FINANCIAL SERVICES OF PR       Advance Auto Parts
Jose V Toledo Fed Bldg & US Courthouse  DBA BORINQUEN TITLE LOANS               PO Box 28102
300 Recinto Sur Street, Room 109        3440 PRESTON RIDGE RD STE 500           Miami, FL 33102-8102
San Juan, PR 00901-1964                 ALPHARETTA GA 30005-3823

COOP AC CAGUAS                          Caribbean Finance                       Caribbean Finance Retail Services
ATTY CARLOS A QUILICHINI                PO Box 9046                             PO Box 9046
PO BOX 9020895                          Caguas, PR 00726-9046                   Caguas, PR 00726-9046
SAN JUAN PR 00902 0895

Department Stores National Bank For Macys Br  Depto De Transportacion Y Obras Publicas  Dsnb Macys
Bankruptcy Processing                   PO Box 41269                            PO Box 183083
Po Box 8053                             San Juan, PR 00940-1269                 Columbus, OH 43218-3083
Mason, OH 45040-8053

EASTERN AMERICA INSURANCE CO            Island Finance/Santander Financial Serv  Midland Credit Management, Inc
PO BOX 9023862                          PO Box 71504                            as agent for MIDLAND FUNDING LLC
SAN JUAN PR 00902-3862                  San Juan, PR 00936-8604                 PO Box 2011
                                                                                Warren, MI 48090-2011

Multinational Life Insurance Company    PREFFERED CREDIT INC                    SANTANDER FINANCIAL D/B/A ISLAND FINANCE
PO Box 366107                           PO BOX 1970                             PO BOX 195369
San Juan, PR 00936-6107                 SAINT CLOUD MN 56302-1970               SAN JUAN PR 00919-5369

Synch/JC Penney PR                      Synch/Walmart                           Synchrony Bank/JCP
PO Box 364788                           PO Box 530927                           Account #: X584 01
San Juan, PR 00936-4788                 Atlanta, GA 30353-0927                  PO Box 960090
                                                                                Orlando, FL 32896-0090

TD Retail Card Services                 TD Retail Card Services                 TD Retail Card Services
Account #: 0006006101002239330          Account #: 0008822810666022959          Account #: 0008822810666022959
PO Box 11956                            PO Box 11956                            PO Box 11956
Newark, NJ 07101-4956                   Newark, NJ 07101-4956                   Newark, NJ 07101-4956

TD Retail Card Services                 TD Retail Card Services                 Tdrcs/Re-novate
Account #:0007030017000301544           c/o Creditors Bankruptcy Service        PO Box 33802
PO Box 11956                            P.O. Box 800849                         Detroit, MI 48232-5802
Newark, NJ 07101-4956                   Dallas, TX 75380-0849

Tdrcs/yard Card Xiii                    WORLD FINANCIAL CORP                    Yard Card
PO Box 731                              P O BOX 364027                          PO Box 731
Mahwah, NJ 07430-0731                   SAN JUAN, PR 00936-4027                 Mahwah, NJ 07430-0731
```

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Zales/CBSB
PO Box 790394
Saint Louis, MO 63179-0394

ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS CHAPTER 13 TRUS
PO BOX 9024062
SAN JUAN, PR 00902-4062

BELEN ORTEGA CORTES
HC 2 BOX 29413
CAGUAS, PR 00727-9475

HERMENEGILDO BOSQUES ROMAN
HC 2 BOX 29413
CAGUAS, PR 00727-9475

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00725-0186

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Zales Credit Plan
PO Box 183015
Columbus, OH 43218-3015

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Coop A/C Caguas
PO Box 1252
Caguas, PR 00726-1252

(d)Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

End of Label Matrix
Mailable recipients    36
Bypassed recipients     2
Total                  38