## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

IN RE:

HERMENEGILDO BOSQUES ROMAN
BELEN ORTEGA CORTES

|                          |
| DEBTOR(S)                |

CASE NO.  15-04991-ESL

CHAPTER 13

**TRUSTEE'S POSITION AS TO**
**Motion Requesting Authority to Incur in Credit**
**DOCKET NO. 35**

**TO THE HONORABLE COURT:**

    **COMES NOW,** Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, and very respectfully**,**

**ALLEGES, STATES** and **PRAYS:**

    On August 13, 2018, Debtors filed a/an Motion Requesting Authority to Incur in Credit. **(Docket no.**
**35)**. The Trustee has **no opposition** to said request.

    **WHEREFORE**, the Chapter 13 Trustee hereby requests that Honorable Court to take notice of the
aforementioned and enter the order it deems appropriate.

    **CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above
document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to all
CM/ECF participants in this case. I further certify that I have mailed this document by First Class Mail postage
prepaid to debtor, at the mailing address of record.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this, 8/27/2018.

                      /s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
STANDING CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR 00902-4062
TEL. (787)977-3500 FAX (787)977-3521
LEGAL-MS